# In the United States District Court
# For the Northern District of Alabama

RECEIVED

2005 JUN 10 A 9: 40

## FORM FOR USE IN APPLICATION FOR
## HABEAS CORPUS UNDER 28 U.S.C. † 2254

CIVIL ACTION NUMBER:

CV-05-CO-0798-M

_____ _____

(To be supplied by the Clerk of the District Court)

2:05CV554-F

MARSHALL VAN REED
_____
Full Name of Plaintiff-Petitioner

ST. CLAIR CORRECTIONAL FACILITY
_____
Place of Confinement

VS.

RALPH HOOKS, Warden
_____
(Name of Warden, Superintendent, Jailor, or authorized person
having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF ALABMA,

**Respondents**

(if petitioner is attacking a judgement which imposed a sentence to be served in the <u>future</u>, petitioner must fill in the name of the state where the judgment was entered.  If petitioner has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. †2255, in the federal court which entered the judgment.)

## PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
## STATE CUSTODY

### INSTRUCTIONS--READ CAREFULLY

(1)   This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury.  Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2)   Do not use this form unless you were convicted in one of the following counties:
BIBB, BLOUNT, CALHOUN, CHEROKEE, CLAY, CLEBURN, COLBERT, CULLMAN, DeKALB, ETOWAH, FAYETTE, FRANKLIN, GREENE, JACKSON, JEFFERSON, LAMAR, LAUDERDALE, LAWRENCE, LIMESTONE, MADISON, MARION, MARSHALL, MORGAN, PICKENS, SHELBY, ST. CLAIR, SUMTER, TALLADEGA, TUSCALOOSA, WALKER, WINSTON.

N954

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed *in forma pauperis*, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition if fully completed, *the original and two copies* must be mailed to the Clerk of the United States District Court for the Northern District of Alabama, 104 Federal Courthouse, 1800 Fifth Avenue, North, Birmingham, Alabama 35203.

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

## PETITION

1. Name and location of court which entered the judgment of conviction under attack __The Circuit Court of Montgomery County, Montgomery, Alabama.__

2. Date of judgment of conviction __August 2, 1996.__

3. Length of sentence __Life Without Parole.__

4. Nature of offense involved (all counts) __Burglary in the first degree, Rape in the first degree, and Robbery in the first degree.__

5. What was your plea?  (Check one)
   (a) Not guilty  (X)
   (b) Guilty        ( )
   (c) Nolo contendere  ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: __Not applicable.__

6. Kind of trial:    (Check one)
   (a) Jury (X)
   (b) Judge only  ( )

7. Did you testify at the trial?  Yes  ( )    No  (X)

8. Did you appeal from the judgment of conviction?    Yes (X)    No ( )

9. If you did appeal, answer the following:
   (a) Name of court __The Alabama Court of Criminal Appeals.__
   (b) Result __Convictions Affirmed.__
   (c) Date of result __August 22, 1997.__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?   Yes (X)    No ( )

11. If your answer to 10 was "yes", give the following information:
    (a)  (1)  Name of court __The Montgomery County Circuit Court.__
          (2)  Nature of proceeding __Petition for Relief from Conviction or Sentence, pursuant to Rule 32, Ala.R.Crim.P.__
          (3)  Grounds raised __Denial of effective assistance of counsel.__

          (4)  Did you receive an evidentiary hearing on your petition, application or motion?   Yes ( )    No (X)
          (5)  Result __Petition Denied.__
          (6)  Date of result __Not available.__

    (b)  As to any second petition, application or motion give the same information:
          (1)  Name of court __The Montgomery County Circuit Court.__
          (2)  Nature of proceeding __Rule 32 petition.__

          (3)  Grounds raised __The trial court was without jurisdiction to render judgment or to impose sentence, because the indictment was fatally defective. Specifically, Petitioner alleges that the indictment failed to charge him with the specific crime intended to be committed while unlawfully in the victim's dwelling.__

          (4)  Did you receive an evidentiary hearing on your petition, application or motion?   Yes ( )    No (X)
          (5)  Result __Petition Denied.__
          (6)  Date of result __May 4, 2004.__

    (c)  As to any third petition, application or motion, give the same information:
          (1)  Name of Court __Not applicable.__
          (2)  Nature of proceeding __Not applicable.__

          (3)  Grounds raised __Not applicable.__

          (4)  Did you receive an evidentiary hearing on your petition, application or motion?   Yes ( )    No ( )
          (5)  Result __Not applicable.__
          (6)  Date of result __Not applicable.__

    (d)  Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:
          (1)  First petition, etc.        Yes (X)    No ( )
          (2)  Second petition, etc.      Yes (X)    No ( )
          (3)  Third petition, etc.       Yes ( )    No ( )

(e)   If you did <u>not</u> appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____

_____ Not applicable. _____

_____

_____

_____

12.   State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION:    In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

**Do not check any of these listed grounds. If you select one or more of these grounds for relief,** you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a)   Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b)   Conviction obtained by use of coerced confession.
(c)   Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(d)   Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(e)   Conviction obtained by a violation of the privilege against self-incrimination.
(f)   Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g)   Conviction obtained by a violation of the protection against double jeopardy.
(h)   Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i)   Denial of effective assistance of counsel.
(j)   Denial of right of appeal.

-4-

A.  Ground one: __The trial court was without jurisdiction to render__
    __judgment or to impose sentence, because the indictment was-__

Supporting FACTS (tell your story *briefly* without citing cases or law): __fatally__
    defective. Petitioner contends that the circuit court had
    been without jurisdiction to adjudicate him guilty of first
    degree burglary because the indictment had failed to state an
    essential element of that offense. Specifically, Petitioner
    contends that, because the indictment for burglary in the first
    degree must set forth and define the crime intended, his first-
    degree burglary indictment was deficient because it failed to
    charge a necessary element of the offense-i.e., that the
    Petitioner acted with the "intent to commit another felony as
    the specific crime intended to be committed while unlawfully
    in the victim's dwelling."

B.  Ground two: __Not applicable.__

Supporting FACTS (tell your story *briefly* without citing cases or law): _____

__Not applicable.__

C.  Ground three: __Not applicable.__

Supporting FACTS (tell your story *briefly* without citing cases or law): _____

__Not applicable.__

D.  Ground four: __Not applicable.__
    3706
Supporting FACTS (tell your story *briefly* without citing cases or law): _____

__Not applicable.__

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

Not applicable.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?    Yes ( )  No (X)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing _Robery Beno, 200 South Lawrence Street, Montgomery, Alabama 36104._
    (b) At arraignment and plea _____ (Same Above) _____
    (c) At trial _____ (Same Above) _____
    (d) At sentencing _____ (Same Above) _____
    (e) On appeal _____ (Same Above) _____
    (f) In any post-conviction proceeding _____ (Same Above) _____
    (g) On appeal from any adverse ruling in a post-conviction proceeding: _____
    (Same Above)

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes (X)    No ( )

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ( )    No (X)

    (a) If so, give name and location of court which imposed sentence to be served in the future: ___
        Not applicable.
    (b) And give date and length of sentence to be served in the future: _____
        Not applicable.
    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ( )    No ( )

Wherefore, petitioner prays that the Court grant petitioner relief to which
he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true
and correct.

Executed on ___April 13, 2005_____.
(date)

_____
Signature of Petitioner

-7-