IN FORMA PAUPERIS DECLARATION



# In the United States District Court
# For the Northern District of Alabama

### DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

2:05cv554-F

MARSHALL VAN REED
_____
(Petitioner)

V.                                              CV-05-CO-0798-M

RALPH HOOKS, et al
_____
(Respondent(s))

I, ___Marshall Van Reed, AIS #167850___ declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes ( )   No (X)

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

      _____Not applicable._____

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

      _____Not available._____

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?   Yes ( )   No (X)
   b. Rent payments, interest or dividends?   Yes ( )   No (X)
   c. Pensions, annuities or life insurance payments?   Yes ( )   No (X)
   d. Gifts or inheritances?   Yes ( )   No (X)
   e. Any other sources?   Yes ( )   No (X)

   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. _____
   _____Not applicable._____
   _____
   _____



3. Do you own cash, or do you have money in a checking or savings account?

   Yes (X)    No ( )    (Include any funds in prison accounts.)

   If the answer is "Yes," state the total value of the items owned.

   _(See Certified Statement Below)_

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ( )    No (X)

   If the answer is "yes," describe the property and state its approximate value.

   Not applicable.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   NONE

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on April 08, 2005
                    (date)

Marshall Van Reed
Signature of Petitioner    AIS #167850

CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ 1.65 on account to his credit at the St. Clair C.F. institution where he is confined.    I further certify that the petitioner likewise has the following securities to his credit according to the records of said _____ institution:

Authorized Officer of Institution    4/8/05

-2-

```
APR. 08, 2005            USER: DARLENE HUMPHREY                    INMADB
                       COMPUTE AVERAGE DAILY BALANCE




              ENTER THE INMATE'S AIS NUMBER ===)    167850

              ENTER THE 'AS OF' DATE (CCYYMMDD) ===)  20050408


                  NO RECORDS FOUND WITHIN THE LAST 12 MONTHS
                            PRESS ENTER TO CONTINUE
```