FILED
2005 Apr-22 AM 11:
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

RECEIVED
2005 JUN 10 A 9:40

| | |
|---|---|
| MARSHALL VAN REED, <br> AIS # 167850 <br><br> Petitioner, <br><br> v. <br><br> WARDEN RALPH HOOKS and the <br> ATTORNEY GENERAL FOR THE <br> STATE OF ALABAMA <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 05-LSC-RRA-798-M <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The instant 28 U.S.C. § 2254 petition for habeas corpus relief was filed in this court on April 14, 2005. In this petition, Reed challenges his conviction on August 2, 1996, in the Circuit Court for Montgomery County. This court "in the exercise of its discretion and in furtherance of justice" may transfer the petitioner's application for writ of habeas corpus to the "district court for the district within which the State court was held which convicted." 28 U.S.C. § 2241(d).

Wherefore, it is RECOMMENDED that this case be transferred to the United States District Court for the Middle District of Alabama.

The petitioner may file specific written objections to this report within fifteen (15) days of the date it is filed in the office of the Clerk. Any objections filed must specifically identify the findings in the magistrate judge's recommendation objected to. Frivolous, conclusive, or general objections will not be considered by the District Court. Failure to file written objections to the proposed findings and recommendations of the magistrate judge's report shall bar the party from

a de novo determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).

The Clerk is DIRECTED to serve a copy of this Report and Recommendation upon petitioner.

DONE this 22nd day of April, 2005.

/s/ Robert R. Armstrong
ROBERT R. ARMSTRONG, JR.
UNITED STATES MAGISTRATE JUDGE