FILED
2005 May-24 PM 01:
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

RECEIVED
2005 JUN 10 A 9: 40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| MARSHALL VAN REED, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 05-LSC-RRA-0798-M |
| | ) |
| WARDEN RALPH HOOKS, et al., | ) |
| | ) |
| Respondents. | ) |

## ORDER

In accord with the Memorandum Opinion entered contemporaneously herewith, this petition for writ of habeas corpus is hereby ORDERED **TRANSFERRED** to the United States District Court for the Middle District of Alabama.

Done this <u>24th</u> day of <u>May 2005</u>.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153

A TRUE COPY
PERRY D. MATHIS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
BY: _____
DEPUTY CLERK

