IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARSHALL VAN REED, #167850, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:05cv554-F |
| ) | |
| RALPH HOOKS, *et al.,* ) | |
| ) | |
| Respondents. ) | |

# FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the respondents and against the petitioner, and that this action be and is hereby dismissed.

Done this the 27th day of July 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE